# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL M. GOMES,<br><br>　　　　Defendant. | 4:21-po-05133-JTJ<br><br><br><br>**ORDER** |

　　　Upon Defendant's Motion to Quash Warrant and Reset Initial Appearance, (Doc. 7), and with good cause shown,

　　　**IT IS HEREBY ORDERED** that the initial appearance in this case is **RESET** for December 9, 2022 at 9:00 a.m. The Defendant may appear by telephone. The call-in number is 877-402-9753; access code: 5136505.

　　　**IT IS ALSO ORDERED** that the arrest warrant is QUASHED.

　　　DATED this 23rd day of November, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John Johnston
　　　　　　　　　　　　　　　　　United States Magistrate Judge