# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-21-05133-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** <br> **9711348** |
| **vs.** | **Location Code: M13** |
| **DANIEL M. GOMES,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 9711348 (for a total of $75), and for good cause shown, IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation 9711348.

IT IS FURTHER ORDERED that the initial appearance scheduled for February 10, 2022, is VACATED.

DATED this 14th day of December, 2021.

John Johnston
United States Magistrate Judge